IN the INTEREST OF: D.A.B.,
JR., a Minor

99 EDA 2017

Superior Court of Pennsylvania.

07/03/2017

CP–51–DP–0000997–2013
(Philadelphia)

Affirmed

In the MATTER OF: J.A.W.S., a Minor

66 MDA 2017

Superior Court of Pennsylvania.

07/03/2017

95–AD–2016, CP–22–DP–0000227–2014
(Dauphin)

Affirmed—Application to Withdraw as
Counsel Granted

IN RE: J.H. & S.M.

Appeal of: G.H.

213 MDA 2017

Superior Court of Pennsylvania.

07/03/2017

6501
(Lycoming)

Affirmed

In re: WERNER, I.

v.

WERNER, M.

646 WDA 2016

Superior Court of Pennsylvania.

07/03/2017

02–13–4697 (Allegheny)

Vacated/Remanded

COM.

v.

CAMPBELL, W.

1525 WDA 2016

Superior Court of Pennsylvania.

07/03/2017

CP–25–CR–0003319–2015
(Erie)

Affirmed